MARK F. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       hicksja@gtlaw.com

*Attorneys for Defendant Provident Trust Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LANE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*, <br><br> Defendants. | Case No.: 2:20-cv-01716-APG-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT PROVIDENT TRUST GROUP, LLC TO RESPOND TO COMPLAINT** |

Plaintiffs, by and through their counsel of record, Reese Marketos LLP and King & Durham, PLLC, and Defendant Provident Trust Group, LLC ("Provident"), by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate to an extension of time by which Provident must respond to the Complaint by thirty (30) days up to, and including, **November 9, 2020** (November 8 being a Sunday). This Stipulation is made and based upon the following:

1. Plaintiffs filed their Complaint on September 17, 2020, in which they allege that Defendants engaged in tortious conduct and misrepresented certain aspects of life settlement investments. ECF No. 1. Plaintiffs seek certification to represent a class of similarly situated individuals across the country. *Id*.

2. Provident was served with the Complaint on September 18, 2020. Provident's response is currently due October 9, 2020.

3. Counsel for Provident represent that they have recently been engaged and require additional time to evaluate Plaintiffs' allegations and prepare a response, taking into account the exercise of due diligence.

4. In light of the foregoing, the parties agree and request that Provident shall have up to, and including, **November 9, 2020**, to respond to the Complaint.

5. Provident thus requests that the Court accept this Stipulation and enter this proposed order. This is the first request for an extension of time. This Stipulation is entered into in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd day of October 2020. | DATED this 2nd day of October 2020. |
| GREENBERG TRAURIG, LLP | REESE MARKETOS LLP |
| */s/ Jason K. Hicks* | */s/ Brett S. Rosenthal* |
| Mark F. Ferrario, Esq. | Adam Sanderson, Esq. |
| Jason K. Hicks, Esq. | Brett S. Rosenthal, Esq. |
| ***Attorneys for Defendant Provident Trust Group, LLC*** | Gregory H. King, Esq. |
| | Matthew Durham, Esq. |
| | KING & DURHAM PLLC |
| | ***Attorneys for Plaintiffs*** |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2020.

*ACTIVE 52888501v2*