1  Adam Sanderson
   Texas Bar No. 24056264
2  (*Admitted pro hac vice*)
   adam.sanderson@rm-firm.com
3  Brett S. Rosenthal
   Texas Bar No. 24080096
4  (*Admitted pro hac vice*)
   brett.rosenthal@rm-firm.com
5  REESE MARKETOS LLP
   750 N. Saint Paul St., Suite 600
6  Dallas, Texas 75201-3201
   Telephone: 214.382.9810
7  Facsimile: 214.501.0731

8  Gregory H. King
   Nevada Bar No. 7777
9  gking@kingdurham.com
   Matthew L. Durham
10 Nevada Bar No. 10342
   mdurham@kingdurham.com
11 KING & DURHAM PLLC
   6385 S. Rainbow Blvd., Suite 220
12 Las Vegas, Nevada 89118
   Telephone: (702) 833-1100
13 Facsimile: (702) 833-1107

14 Attorneys for Plaintiffs

15

16                    **UNITED STATES DISTRICT COURT**

17                    **FOR THE DISTRICT OF NEVADA**

18 KENNETH LANE, *et al.*,                Case No. 2:20-cv-01716-APG-BNW

19         Plaintiffs,                    **STIPULATION AND ORDER TO
                                          EXTEND TIME TO RESPOND TO AND
20    v.                                  FILE A REPLY IN SUPPORT OF
                                          MOTION TO TRANSFER VENUE (ECF
21 CONESTOGA SETTLEMENT SERVICES,         NO. 34) MOTION TO COMPEL
   LLC, *et al.*,                         ARBITRATION (ECF NO. 35) AND
22                                        MOTION TO DISMISS (ECF NO. 36)
          Defendants.
23                                        **(Second Request)**

24

25 ///

26 ///

27 ///

28 ///

1    On November 9, 2020, Defendant Provident Trust Group, LLC ("Provident") filed a

2  Motion to Transfer Venue (ECF No. 34), a Motion to Compel Arbitration (ECF No. 35), and a

3  Motion to Dismiss Plaintiffs' Complaint Against Provident (collectively, the "Motions"). On

4  November 18, 2020, Plaintiffs filed an Unopposed Motion for Extension of Time, requesting a 21-

5  day extension of time (from November 23 to December 14) to respond to the Motions due to the

6  significant briefing required to respond to the three Motions. The Unopposed Motion for

7  Extension of Time was granted on November 19, 2020.

8    Plaintiffs now request an additional 30-day extension to respond to the Motions, and

9  Provident requests 30 days to reply to Plaintiffs' response. The parties seek these extensions not

10  for purposes of delay but because they need additional time to prepare the significant briefing on

11  the Motions due to the holiday schedules of counsel and because Plaintiffs' counsel, Brett

12  Rosenthal, and his wife are expecting the birth of their child this week.

13    Accordingly, Plaintiffs and Provident, by and through their respective counsel of record,

14  hereby stipulate and agree that:

15    • Plaintiffs shall have a 30-day extension, until January 13, 2021, to file their responses

16      to the Motions; and

17    • Provident shall have 30-days, until February 12, 2021, to file their replies to the

18      Plaintiffs' responses.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      This is the second request for an extension of the briefing deadlines relating to the

2    Motions.

3      DATED: December 7, 2020                  DATED: December 7, 2020

4      GREENBERG TRAURIG, LLP                   KING & DURHAM PLLC

5

6      By: */s/   Robert H. Bernstein*          By: */s/ Matthew L. Durham*
       MARK E. FERRARIO, NV Bar 1625            MATTHEW L. DURHAM, NV Bar 10342
7      JASON K. HICKS, NV Bar 13149             6385 S. Rainbow Blvd., Suite 220
       10845 Griffith Peak Drive, Suite 600     Las Vegas, Nevada 89118
8      Las Vegas, Nevada 89135                   Phone: (702) 833-1100
9      Phone: (702) 792-3773

                                                 ADAM SANDERSON, *pro hac vice*
10     ROBERT H. BERNSTEIN, *pro hac vice*       REESE MARKETOS LLP
       500 Campus Drive, Suite 400               750 N. Saint Paul St., Suite 600
11     Florham Park, New Jersey 07932            Dallas, Texas 75201-3201
       Telephone: (973) 360-7900                 Phone: (214) 382-9810
12
                                                 *Attorneys for Plaintiffs*
       *Attorneys for Defendant Provident Trust Group,*
13     *LLC*

14

15                                 **ORDER**

16         IT IS SO ORDERED.

17

18         DATED:   December 7, 2020    _____
                                        UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28

-3-