1 | Adam Sanderson
Texas Bar No. 24056264
2 | (*Admitted pro hac vice*)
adam.sanderson@rm-firm.com
3 | Brett S. Rosenthal
Texas Bar No. 24080096
4 | (*Admitted pro hac vice*)
brett.rosenthal@rm-firm.com
5 | REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
6 | Dallas, Texas 75201-3201
Telephone: 214.382.9810
7 | Facsimile: 214.501.0731

8 | Gregory H. King
Nevada Bar No. 7777
9 | gking@kingdurham.com
Matthew L. Durham
10 | Nevada Bar No. 10342
mdurham@kingdurham.com
11 | KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
12 | Las Vegas, Nevada 89118
Telephone: (702) 833-1100
13 | Facsimile: (702) 833-1107

14 | Attorneys for Plaintiffs

15 |

16 | **UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**
17 |

18 | KENNETH LANE, *et al.*,                    Case No. 2:20-cv-01716-APG-BNW

19 |              Plaintiffs,                    **STIPULATION AND ORDER TO
                                                EXTEND TIME TO FILE A REPLY IN**
20 |       v.                                   **SUPPORT OF PLAINTIFFS' MOTION
                                                FOR APPOINTMENT OF TEMPORARY**
21 | CONESTOGA SETTLEMENT SERVICES,             **RECEIVER AND PRELIMINARY
    LLC, *et al.*,                             INJUNCTION (ECF NOS. 41 AND 42)**
22 |
             Defendants.                       **(Second Request)**
23 |

24 |       On November 24, 2020, Plaintiffs filed a Motion for Appointment of Temporary Receiver

25 | (ECF No. 41) and a Motion for Preliminary Injunction (ECF No. 42) (collectively, the "Motions").

26 | The Conestoga Defendants' responses to the Motions were originally due on December 8, 2020.

27 | However, pursuant to a Stipulation and Order to Extend Time, which was entered on December 2,

28 | 2020 (ECF No. 53), the Conestoga Defendants were given until January 7, 2021, to file their

1  responses, and Plaintiffs were given until February 8, 2021, to file their replies.

2          The Conestoga Defendants filed their responses to the Motions on January 7, 2021.

3  However, the Plaintiffs need additional time to prepare and file their replies to the responses due

4  to the many issues raised therein and the volume of exhibits attached thereto. Accordingly,

5  Plaintiffs and the Conestoga Defendants, by and through their respective counsel of record, hereby

6  stipulate and agree that Plaintiffs shall have a 30-day extension, until Wednesday, March 10,

7  2021, to file their replies to Conestoga Defendants' responses.

8          This is the second request for an extension of the briefing deadlines relating to the

9  Motions.

10  DATED: February 8, 2021                          DATED: February 8, 2021

11  ARMSTRONG TEASDALE LLP                           KING & DURHAM PLLC

12

13  By: /s/    James C. Orr                          By: /s/ Matthew L. Durham
14  KEVIN R. STOLWORTHY, NV Bar 2798                 MATTHEW L. DURHAM, NV Bar 10342
    BRANDON P. JOHANSSON, NV Bar 12003               6385 S. Rainbow Blvd., Suite 220
15  3770 Howard Hughes Parkway Suite 200             Las Vegas, Nevada 89118
    Las Vegas, Nevada 89169                          Phone: (702) 833-1100
16  Phone: (702) 678-5070

17  JAMES C. ORR, *pro hac vice*                     ADAM SANDERSON, *pro hac vice*
    HEYGOOD, ORR & PEARSON                           REESE MARKETOS LLP
18  6363 North State Highway 161 Suite 450           750 N. Saint Paul St., Suite 600
    Irving, Texas 75038                              Dallas, Texas 75201-3201
19  Phone: (214) 237-9001                            Phone: (214) 382-9810

20  *Attorneys for Defendants Conestoga Settlement*  *Attorneys for Plaintiffs*
    *Services, LLC, Conestoga International, LLC,*
21  *Conestoga Trust Services, LLC, and Michael*
    *McDermott*
22

23                            **ORDER**

24          IT IS SO ORDERED.

25

26          DATED:  February 9, 2021          _____
                                              UNITED STATES DISTRICT COURT JUDGE
27

28


-2-