KEVIN R. STOLWORTHY, ESQ.
SBN 2798
BRANDON P. JOHANSSON, ESQ.
SBN 12003
**ARMSTRONG TEASDALE LLP**
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
kstolworthy@atllp.com
bjohansson@atllp.com

JAMES C. ORR, JR. ESQ./TX
SBN: 15313550
(*Admitted Pro Hac Vice*)
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002
jim@hop-law.com

*Attorneys for Conestoga Settlement Services, LLC,
Conestoga International, LLC, Conestoga Trust Services,
LLC, and Michael McDermott*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH LANE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01716-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE REPLY RELATED TO CONESTOGA SETTLEMENT SERVICES, LLC; CONESTOGA INTERNATIONAL, LLC; CONESTOGA TRUST SERVICES, LLC; AND MICHAEL MCDERMOTT'S MOTION TO STAY PENDING ARBITRATION, SUBJECT TO THEIR MOTIONS TO DISMISS (ECF NO. 78)**<br><br>**FIRST REQUEST** |

On January 25, 2021, Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott (collectively, the "Conestoga Defendants") filed a Motion to Stay Pending Arbitration, Subject to their Motions to

Dismiss (ECF No. 78) (the "Motion"). On February 8, 2021, Plaintiffs filed their Response to the Motion (ECF No. 93). The Conestoga Defendants' reply brief is due on February 16, 2021. However, due to the severe weather impacting Texas in recent days where the Conestoga Defendants' lead counsel is based, which has caused power outages affecting their ability to work, the Conestoga Defendants are requesting a roughly one-week extension to file their reply in support of the Motion to February 22, 2021.

Accordingly, Plaintiffs and the Conestoga Defendants, by and through their respective counsel of record, hereby stipulate and agree that the Conestoga Defendants' reply brief in support of the Motion shall be due on or before February 22, 2021. This is the first request to extend the deadlines to file briefs related to the Motion.

DATED this 16th day of February, 2021.

ARMSTRONG TEASDALE LLP

By: /s/ Brandon P. Johansson
KEVIN R. STOLWORTHY, NV Bar 2798
BRANDON P. JOHANSSON, NV Bar 12003
3770 Howard Hughes Parkway Suite 200
Las Vegas, Nevada 89169
Phone: (702) 678-5070

JAMES C. ORR, *pro hac vice*
HEYGOOD, ORR & PEARSON
6363 North State Highway 161 Suite 450
Irving, Texas 75038
Phone: (214) 237-9001

*Attorneys for Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott*

DATED this 16th day of February, 2021.

KING & DURHAM PLLC

By: /s/ Matthew L. Durham
MATTHEW L. DURHAM, NV Bar 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Phone: (702) 833-1100

ADAM SANDERSON, *pro hac vice*
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
Phone: (214) 382-9810

*Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: February 16, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2021, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Jessica Myrold
An employee of Armstrong Teasdale LLP